SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
sam@switch.com
ANNE-MARIE BIRK, ESQ.
Nevada Bar No. 12330
abirk@switch.com
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>L&I LV ENTERPRISE INC., a Nevada corporation, dba NOVA INNOVATIONS; and DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00787-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS** |

Pursuant to Fed. R. Civ. P. 41(a)(2) and LR 7-1, and in accordance with the terms of the Stipulation and Order for Settlement and Entry of Permanent Injunction (ECF No. 9), Plaintiff, SWITCH, LTD. ("Plaintiff"), and Defendant, L&I LV ENTERPRISE INC., dba NOVA INNOVATIONS ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal of all claims alleged in this action. The Court shall retain jurisdiction to enforce its Permanent Injunction Order entered June 18, 2019, in this case (ECF No. 9, Exhibit 3).

///

///

///

///

///

1    The claims asserted by Plaintiff against Defendant are dismissed with prejudice, as agreed and previously ordered (ECF No. 9, ¶ 4).

DATED this __24th__ day of June, 2019.            DATED this __24__ day of June, 2019.

**SWITCH, LTD.**                                  **L&I LV ENTERPRISE, INC., DBA NOVA INNOVATIONS**

_____                 _____
SAMUEL CASTOR, ESQ.                               ILAN GELBERG TAUSHER,
Nevada Bar No. 11532                              President/Treasurer/Director
ANNE-MARIE BIRK, ESQ.                             8332 Paseo Vista Drive
Nevada Bar No. 12330                              Las Vegas, Nevada 89128
7135 South Decatur Blvd.                          *Defendant pro se*
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2019